**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: William J. Olmeda<br>    aka William John Olmeda,<br>    aka William Olmeda<br>                  Debtor | BK NO. 17-00260 JJT<br><br>Chapter 13 |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of DiTech Financial LLC as Servicer for THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS, INC. ASSET-BACKED CERTIFICATES SERIES 2006-23 and index same on the master mailing list.

                                    Respectfully submitted,

                                      **/s/James C Warmbrodt**
                                    James C. Warmbrodt, Esquire
                                    KML Law Group, P.C.
                                    701 Market Street, Suite 5000
                                    Philadelphia, PA 19106-1532
                                    (215) 627-1322 FAX (215) 627-7734
                                    Attorney for Movant/Applicant