```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
In re:                                                              Case No. 17-00260-JJT
William J. Olmeda                                                   Chapter 13
         Debtor                       CERTIFICATE OF NOTICE
District/off: 0314-5         User: AGarner               Page 1 of 2             Date Rcvd: Mar 08, 2017
                             Form ID: ntcnfhrg           Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 10, 2017.
db           William J. Olmeda,    104 Cannonball Court,    Lackawaxen, PA  18435
cr          ++CREDIT ACCEPTANCE CORPORATION,    25505 WEST 12 MILE ROAD,    SOUTHFIELD MI 48034-8316
              (address filed with court:   Credit Acceptance Corporation,    25505 West 12 Mile Road,
              Southfield, MI   48034)
cr           +Nationstar Mortgage LLC as servicer for The Bank o,    8950 Cypress Waters Blvd,
              Coppell, TX 75019-4620
4876547      +BANK OF NEW YORK MELLON,    C/O ROSICKI ROSICKI & ASSOC,    FISHKILL OFF. 2 SUMMIT CT STE 301,
              FISHKILL, NY 12524-4318
4876548      +CAPITAL ONE BANK,    PO BOX 30281,    SALT LAKE CITY, UT 84130-0281
4876549      +CREDIT ACCEPTANCE,    PO BOX 523,    SOUTHFIELD, MI 48037-0523
4876836      +Credit Acceptance,    25505 West Twelve Mile Rd,    Suite 3000,    Southfield MI 48034-8331
4876553       IRENE OLMEDA,    104 CANNONBALL COURT,    LACKAWAXEN, PA 18435
4876554      +IRENES OLMEDA,    41 PINE STREET,    CENTRAL ISLIP, NY 11722-4151
4876556      +KML LAW GROUP,    STE 5000-BNY INDEPEN CTR,    701 MARKET STREET,    PHILADELPHIA, PA 19106-1538
4876557     ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
              (address filed with court:   NATIONSTAR MORTGAGE,    350 HIGHLAND DRIVE,    LEWISVILLE, TX 75067)
4880823      +Nationstar Mortgage LLC,    C/O ALDRIDGE PITE, LLP,    4375 Jutland Drive, Suite 200,
              P.O. Box 17933,    San Diego, CA 92177-7921
4876558      +PIKE COUNTY ADVANCED LIFE SUPP,    PO BOX 384,    DINGMANS FERRY, PA 18328-0384
4876559      +PNC BANK, NA,    3232 NEWMARK DRIVE,    MIAMISBURG, OH 45342-5421
4876560       PNC MORTGAGE,    ATTN B6-XM07-01-5,    PO BOX 1820,    DAYTON, OH 45401-1820
4876561      +PROFESSIONAL EMERG CARE,    601 PARK STREET,    HONESDALE, PA 18431-1445
4885979      +THE BANK OF NEW YORK MELLON,    Nationstar Mortgage LLC,    PO Box 619096,
              Dallas, TX 75261-9096
4876563       WAYNE MEMORIAL COMMUNITY,    HEALTH CENTERS,    601 PARK STREET,    HONESDALE, PA 18431-1445

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
4876550       E-mail/Text: mrdiscen@discover.com Mar 08 2017 19:12:06       DISCOVER FINANCIAL SERVICES,
              PO BOX 15316,    WILMINGTON, DE 19850
4876551       E-mail/Text: bankruptcy.bnc@ditech.com Mar 08 2017 19:12:14       DITECH FINANCIAL LLC,
              PO BOX 6172,    RAPID CITY, SD 57709-6172
4879104       E-mail/Text: mrdiscen@discover.com Mar 08 2017 19:12:06       Discover Bank,
              Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
4876552       E-mail/PDF: gecsedi@recoverycorp.com Mar 08 2017 19:01:36       GE CAPITAL RETAIL BANK,
              PO BOX 965036,    ORLANDO, FL 32896-5036
4876555       E-mail/Text: cio.bncmail@irs.gov Mar 08 2017 19:12:11       IRS,    CENTRALIZED INSOLVENCY OP,
              PO BOX 7346,    PHILADELPHIA, PA 19101-7346
                                                                                               TOTAL: 5

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr            Nationstar Mortgage LLC
4876562       TDA 403 B LOAN,    NEED ADDRESS
                                                                                  TOTALS: 2, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 10, 2017                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0314-5           User: AGarner            Page 2 of 2              Date Rcvd: Mar 08, 2017
                               Form ID: ntcnfhrg        Total Noticed: 23
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 8, 2017 at the address(es) listed below:

        Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com,   TWecf@pamd13trustee.com
        James   Warmbrodt    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS, INC. ASSET-BACKED CERTIFICATES SERIES 2006-23 bkgroup@kmllawgroup.com
        Kevin S Frankel    on behalf of Creditor    Nationstar Mortgage LLC as servicer for The Bank of New York Mellon f/k/a The Bank of New York as successor in interest to JP Morgan Chase Bank, N.A., as Trustee for Centex Home Equity Loan Trust 2006 pa-bk@logs.com
        United States Trustee    ustpregion03.ha.ecf@usdoj.gov
        Vincent  Rubino    on behalf of Debtor William J. Olmeda    epotito@newmanwilliams.com;lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;bsmale@newmanwilliams.com;eapotito@hotmail.com
        William E. Craig    on behalf of Creditor    Credit Acceptance Corporation    mortonlaw.bcraig@verizon.net,   donnal@mortoncraig.com;mhazlett@mortoncraig.com

                                                        TOTAL: 6

ntcnfhrg (04/13)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

William J. Olmeda
aka William John Olmeda, aka William Olmeda
Debtor(s)

Chapter 13

Case No. 5:17−bk−00260−JJT

## Notice

The confirmation hearing has been scheduled for the Debtor on the date indicated below.

A deadline of **April 6, 2017** has been set for objections to confirmation of the Plan. Any objections to confirmation of the Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the Plan at this time.

| | |
|---|---|
| United States Bankruptcy Court Courtroom #2, Max Rosenn US Courthouse, 197 South Main Street, Wilkes−Barre, PA 18701 | Date: April 26, 2017<br><br>Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>274 Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Terrence S. Miller<br>By: AGarner |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: March 8, 2017 |