## UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: **WILLIAM J. OLMEDA,** aka | : | **Chapter 13** |
| William John Olmeda, aka | : | Case No. **5:17-bk-00260** |
| William Olmeda, | : | |
| Debtor**,** | | |

---

| | | |
|---|---|---|
| **CREDIT ACCEPTANCE CORPORATION,** | : | |
| Movant | : | Motion for |
| v. | : | Relief from Stay |
| **WILLIAM J. OLMEDA,** and | : | |
| **CHARLES J. DEHART, III, TRUSTEE,** | : | |
| Respondents | : | |

### ANSWER TO MOTION OF
### CREDIT ACCEPTANCE CORPORATION FOR RELIEF FROM STAY

AND NOW COMES Debtor **WILLIAM J. OLMEDA**, by and through his attorneys, NEWMAN, WILLIAMS, MISHKIN, CORVELEYN, WOLFE & FARERI, P.C., and in Answer to the Motion of **CREDIT ACCEPTANCE CORPORATION** for Relief from Stay aver:

1.      Admitted.

2.      Denied to the extent paragraph 4 is other than a statement or conclusion of law or misplaced request for relief.

3.      Denied to the extent the documents do not speak for themselves.

4.      Denied to the extent paragraph 4 is other than a statement or conclusion of law or misplaced request for relief. Any postpetition arrears solely due to the failure of Movant to negotiate either of the two checks that were timely mailed to Movant since the above-captioned Chapter 13 Bankruptcy Case was filed. One was mailed in early February, and the other in early March.

5.      Denied to the extent paragraph 5 is other than a statement or conclusion of law or misplaced request for relief.

WHEREFORE, Debtor **WILLIAM J. OLMEDA,** respectfully pray this Honorable Court for an Order than the Motion of **CREDIT ACCEPTANCE CORPORATION** for Relief from Stay be Denied, and for such other and further relief as the Honorable Court deems just and appropriate.

NEWMAN, WILLIAMS, MISHKIN,
CORVELEYN, WOLFE & FARERI, P.C.

By: /s/ J. Zac Christman
     J. Zac Christman, Esquire
     Attorney for Debtor
     PO Box 511, 712 Monroe Street
     Stroudsburg, PA 18360
     (570) 421-9090; fax (570) 424-9739
     jchristman@newmanwilliams.com