Certificate Number: 12433-NYE-DE-029022682

Bankruptcy Case Number: 17-00260



12433-NYE-DE-029022682

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on April 1, 2017, at 9:08 o'clock AM EDT, William John Olmeda completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of New York.

Date: April 2, 2017

By: /s/Lance Brechbill

Name: Lance Brechbill

Title: Teacher