# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: William J. Olmeda,<br>    aka William John Olmeda,<br>    aka William Olmeda<br>                     Debtor | BK NO. 17-00260 JJT<br><br>Chapter 13 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of PNC BANK, NATIONAL ASSOCIATION and index same on the master mailing list.

                                                                                 Respectfully submitted,

                                                            **/s/James C. Warmbrodt, Esquire**
                                                            James C. Warmbrodt, Esquire
                                                            KML Law Group, P.C.
                                                            BNY Mellon Independence Center
                                                            701 Market Street, Suite 5000
                                                            Philadelphia, PA  19106
                                                            412-430-3594