UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: William J. Olmeda a/k/a William John Olmeda a/k/a William Olmeda,<br>　　　　Debtor. | CHAPTER 13<br><br>BANKRUPTCY CASE NUMBER 17-00260/JJT |
| Nationstar Mortgage LLC as servicer for The Bank of New York Mellon f/k/a The Bank of New York as successor in interest to JP Morgan Chase Bank, N.A., as Trustee for Centex Home Equity Loan Trust 2006-A,<br>　　　　Movant,<br>v.<br><br>William J. Olmeda a/k/a William John Olmeda a/k/a William Olmeda,<br>　　　　Respondent/Debtor,<br><br>Charles J. DeHart, III<br>　　　　Additional Respondent. | |

## PRAECIPE

To The Clerk, United States Bankruptcy Court:

　　Kindly withdraw, without prejudice, Movant, Nationstar Mortgage LLC as servicer for The Bank of New York Mellon f/k/a The Bank of New York as successor in interest to JP Morgan Chase Bank, N.A., as Trustee for Centex Home Equity Loan Trust 2006-A's Objection to Confirmation of Chapter 13 Plan filed with the Court on July 3, 2017.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,


Dated:  September 12, 2017　　　　　　　BY:/s/ Kevin S. Frankel
　　　　　　　　　　　　　　　　　　　　Kevin S. Frankel, Esquire
　　　　　　　　　　　　　　　　　　　　Shapiro & DeNardo, LLC
　　　　　　　　　　　　　　　　　　　　3600 Horizon Drive, Suite 150
　　　　　　　　　　　　　　　　　　　　King of Prussia, PA 19406
　　　　　　　　　　　　　　　　　　　　(610)278-6800/ fax (847) 954-4809
S&D File #:17-055733　　　　　　　　　　PA BAR ID #318323
　　　　　　　　　　　　　　　　　　　　pabk@logs.com