```
                        United States Bankruptcy Court
                        Middle District of Pennsylvania
```

In re:                                                                  Case No. 17-00260-JJT
William J. Olmeda                                                       Chapter 13
       Debtor                        **CERTIFICATE OF NOTICE**

District/off: 0314-5         User: AGarner              Page 1 of 1              Date Rcvd: Sep 14, 2017
                             Form ID: pdf010            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 16, 2017.
db             William J. Olmeda,    104 Cannonball Court,    Lackawaxen, PA   18435

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 16, 2017                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 14, 2017 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              J. Zac Christman    on behalf of Debtor William J. Olmeda jchristman@newmanwilliams.com,
               mdaniels@newmanwilliams.com;epotito@newmanwilliams.com;vsmith@newmanwilliams.com
              James  Warmbrodt    on behalf of Creditor   THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
               AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS, INC. ASSET-BACKED CERTIFICATES SERIES
               2006-23 bkgroup@kmllawgroup.com
              James  Warmbrodt    on behalf of Creditor   PNC BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
              Kevin S Frankel    on behalf of Creditor    Nationstar Mortgage LLC as servicer for The Bank of New
               York Mellon f/k/a The Bank of New York as successor in interest to JP Morgan Chase Bank, N.A.,
               as Trustee for Centex Home Equity Loan Trust 2006 pa-bk@logs.com
              United States Trustee     ustpregion03.ha.ecf@usdoj.gov
              Vincent  Rubino    on behalf of Debtor William J. Olmeda
               epotito@newmanwilliams.com;lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;bsmale@newman
               williams.com;eapotito@hotmail.com;vsmith@newmanwilliams.com
              William E. Craig    on behalf of Creditor    Credit Acceptance Corporation ecfmail@mortoncraig.com,
               mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                              TOTAL: 8

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In re: **WILLIAM J. OLMEDA,** aka : **Chapter 13**
William John Olmeda, aka : Case No. **5:17-bk-00260**
William Olmeda, :
    Debtor**,** :

## ORDER GRANTING
## MOTION TO APPROVE LOAN MODIFICATION

Upon consideration of Debtor's Motion to Approve Loan Modification with Concurrence, it is hereby ORDERED that Debtor is hereby AUTHORIZED to enter into a Loan Modification Agreement with regard to the first lien priority mortgage held and/or serviced by **NATIONSTAR MORTGAGE, LLC**, secured by his improved real property known as **41 Pine Street, Central Islip, NY 11722**, on substantially the terms outlined in the Motion to Approve Loan Modification. It is further ORDERED that the first mortgage held and/or serviced by **NATIONSTAR MORTGAGE, LLC,** shall retain its first lien priority status. A copy of this Order may be filed with the Recorder of Deeds of and for the relevant County for this purpose.

Dated: September 14, 2017

By the Court,

_____
John J. Thomas, Bankruptcy Judge
(CMP)