```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                                       Case No. 17-00260-JJT
William J. Olmeda                                                            Chapter 13
         Debtor                  CERTIFICATE OF NOTICE
District/off: 0314-5          User: AGarner              Page 1 of 2                  Date Rcvd: Sep 27, 2017
                              Form ID: ntpasnh           Total Noticed: 28
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 29, 2017.
```
db             William J. Olmeda,    104 Cannonball Court,    Lackawaxen, PA 18435
cr            ++CREDIT ACCEPTANCE CORPORATION,    25505 WEST 12 MILE ROAD,    SOUTHFIELD MI 48034-8316
                (address filed with court:   Credit Acceptance Corporation,    25505 West 12 Mile Road,
                Southfield, MI  48034)
cr             +Nationstar Mortgage LLC as servicer for The Bank o,     8950 Cypress Waters Blvd,
                Coppell, TX 75019-4620
cr             +THE BANK OF NEW YORK MELLON,    14841 Dallas Parkway, Suite 300,    Dallas, TX 75254-7883
4876547        +BANK OF NEW YORK MELLON,    C/O ROSICKI ROSICKI & ASSOC,    FISHKILL OFF. 2 SUMMIT CT STE 301,
                FISHKILL, NY 12524-4318
4876548        +CAPITAL ONE BANK,    PO BOX 30281,    SALT LAKE CITY, UT 84130-0281
4876549        +CREDIT ACCEPTANCE,    PO BOX 523,    SOUTHFIELD, MI 48037-0523
4876836        +Credit Acceptance,    25505 West Twelve Mile Rd,    Suite 3000,    Southfield MI 48034-8331
4876553         IRENE OLMEDA,    104 CANNONBALL COURT,    LACKAWAXEN, PA 18435
4876554        +IRENES OLMEDA,    41 PINE STREET,    CENTRAL ISLIP, NY 11722-4151
4876556        +KML LAW GROUP,    STE 5000-BNY INDEPEN CTR,    701 MARKET STREET,    PHILADELPHIA, PA 19106-1538
4876557       ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                (address filed with court:   NATIONSTAR MORTGAGE,    350 HIGHLAND DRIVE,    LEWISVILLE, TX 75067)
4880823        +Nationstar Mortgage LLC,    C/O ALDRIDGE PITE, LLP,    4375 Jutland Drive, Suite 200,
                P.O. Box 17933,    San Diego, CA 92177-7921
4876558        +PIKE COUNTY ADVANCED LIFE SUPP,    PO BOX 384,    DINGMANS FERRY, PA 18328-0384
4876559        +PNC BANK, NA,    3232 NEWMARK DRIVE,    MIAMISBURG, OH 45342-5421
4876560         PNC MORTGAGE,    ATTN B6-XM07-01-5,    PO BOX 1820,    DAYTON, OH 45401-1820
4876561        +PROFESSIONAL EMERG CARE,    601 PARK STREET,    HONESDALE, PA 18431-1445
4885979        +THE BANK OF NEW YORK MELLON,    Nationstar Mortgage LLC,    PO Box 619096,
                Dallas, TX 75261-9096
4876563         WAYNE MEMORIAL COMMUNITY,    HEALTH CENTERS,    601 PARK STREET,    HONESDALE, PA 18431-1445
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             +E-mail/Text: bankruptcy.bnc@ditech.com Sep 27 2017 18:59:23     Ditech Financial LLC,
                PO BOX 0049,    Palatine, IL 60078
4908062         E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 27 2017 19:09:16
                American InfoSource LP as agent for,    Verizon,    PO Box 248838,
                Oklahoma City, OK  73124-8838
4918974        +E-mail/Text: bankruptcy@cavps.com Sep 27 2017 19:00:00      Cavalry SPV I, LLC,
                500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
4876550         E-mail/Text: mrdiscen@discover.com Sep 27 2017 18:58:46      DISCOVER FINANCIAL SERVICES,
                PO BOX 15316,    WILMINGTON, DE 19850
4876551         E-mail/Text: bankruptcy.bnc@ditech.com Sep 27 2017 18:59:23     DITECH FINANCIAL LLC,
                PO BOX 6172,    RAPID CITY, SD 57709-6172
4879104         E-mail/Text: mrdiscen@discover.com Sep 27 2017 18:58:46      Discover Bank,
                Discover Products Inc,    PO Box 3025,    New Albany, OH 43054-3025
4876552         E-mail/PDF: gecsedi@recoverycorp.com Sep 27 2017 19:00:26     GE CAPITAL RETAIL BANK,
                PO BOX 965036,    ORLANDO, FL 32896-5036
4876555         E-mail/Text: cio.bncmail@irs.gov Sep 27 2017 18:59:21     IRS,    CENTRALIZED INSOLVENCY OP,
                PO BOX 7346,    PHILADELPHIA, PA 19101-7346
4929275         E-mail/Text: bankruptcy.bnc@ditech.com Sep 27 2017 18:59:23
                The Bank of New York Mellon FKA The Bank Of New Yo,     c/o Ditech Financial LLC,    PO Box 6154,
                Rapid City, SD 57709-6154
                                                                                              TOTAL: 9

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Nationstar Mortgage LLC
4876562         TDA 403 B LOAN,    NEED ADDRESS
4928897*       +PNC Bank, NA,    3232 Newmark Drive,    Miamisburg, OH 45342-5421
                                                                                   TOTALS: 2, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 29, 2017                                          Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 27, 2017 at the address(es) listed below:

    Charles J DeHart, III (Trustee)   TWecf@pamd13trustee.com
    J. Zac Christman   on behalf of Debtor William J. Olmeda jchristman@newmanwilliams.com, mdaniels@newmanwilliams.com;epotito@newmanwilliams.com;vsmith@newmanwilliams.com
    James Warmbrodt   on behalf of Creditor   THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS, INC. ASSET-BACKED CERTIFICATES SERIES 2006-23 bkgroup@kmllawgroup.com
    James Warmbrodt   on behalf of Creditor   PNC BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
    Kevin S Frankel   on behalf of Creditor   Nationstar Mortgage LLC as servicer for The Bank of New York Mellon f/k/a The Bank of New York as successor in interest to JP Morgan Chase Bank, N.A., as Trustee for Centex Home Equity Loan Trust 2006 pa-bk@logs.com
    Kristen D Little   on behalf of Creditor   Nationstar Mortgage LLC as servicer for The Bank of New York Mellon f/k/a The Bank of New York as successor in interest to JP Morgan Chase Bank, N.A., as Trustee for Centex Home Equity Loan Trust 2006 pabk@logs.com
    United States Trustee   ustpregion03.ha.ecf@usdoj.gov
    Vincent Rubino   on behalf of Debtor William J. Olmeda epotito@newmanwilliams.com;lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;bsmale@newmanwilliams.com;eapotito@hotmail.com;vsmith@newmanwilliams.com
    William E. Craig   on behalf of Creditor   Credit Acceptance Corporation ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

                                                                                       TOTAL: 9

ntpasnh(10/11)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

William J. Olmeda
aka William John Olmeda, aka William Olmeda
**Debtor(s)**

Chapter: 13

Case number: 5:17−bk−00260−JJT

Document Number: 59

Matter: Motion for Mortgage Modification

Nationstar Mortgage LLC as servicer for The Bank of New York Mellon f/k/a The Bank of New York as successor in interest to JP Morgan Chase Bank, N.A., as Trustee for Centex Home Equity Loan Trust 2006−A,
**Movant(s)**

vs.

William J. Olmeda a/k/a William John Olmeda a/k/a William Olmeda,
Charles J. DeHart, III, Trustee, Additional Respondent.
**Respondent(s)**

## Notice

NOTICE OF OPPORTUNITY TO OBJECT AND HEARING: Pursuant to Local Rule 2002−1(a), the Court will consider this motion, objection, or other matter without further notice or hearing unless a party in interest files an objection/response on or before **October 18, 2017**. If you object to the relief requested, you must file your objection/response with the Clerk of Court and serve a copy on the movant and movant's attorney, if one is designated.

If you file and serve an objection/response within the time permitted, the Court may schedule a hearing and you will be notified. If you do not file an objection within the time permitted the Court will deem the motion unopposed and proceed to consider the motion without further notice or hearing, and may grant the relief requested.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>274 Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: AGarner, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: September 27, 2017 |