```
United States Bankruptcy Court
Middle District of Pennsylvania
```

In re:                                                                  Case No. 17-00260-JJT
William J. Olmeda                                                       Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: AGarner     Page 1 of 1     Date Rcvd: Oct 24, 2017
                     Form ID: pdf010    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 26, 2017.
db          William J. Olmeda,    104 Cannonball Court,    Lackawaxen, PA    18435

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                     TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                     TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 26, 2017                            Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 24, 2017 at the address(es) listed below:
        Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com,  TWecf@pamd13trustee.com
        J. Zac Christman    on behalf of Debtor 1 William J. Olmeda jchristman@newmanwilliams.com,
         mdaniels@newmanwilliams.com;epotito@newmanwilliams.com;vsmith@newmanwilliams.com
        James   Warmbrodt    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
        James   Warmbrodt    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
         AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS, INC. ASSET-BACKED CERTIFICATES SERIES
         2006-23 bkgroup@kmllawgroup.com
        Kevin S Frankel    on behalf of Creditor    Nationstar Mortgage LLC as servicer for The Bank of New
         York Mellon f/k/a The Bank of New York as successor in interest to JP Morgan Chase Bank, N.A.,
         as Trustee for Centex Home Equity Loan Trust 2006 pa-bk@logs.com
        Kristen D Little    on behalf of Creditor    Nationstar Mortgage LLC as servicer for The Bank of
         New York Mellon f/k/a The Bank of New York as successor in interest to JP Morgan Chase Bank,
         N.A., as Trustee for Centex Home Equity Loan Trust 2006 pabk@logs.com
        Michele A De Witt    on behalf of Creditor    THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW
         YORK as successor in interest to JP Morgan Chase Bank, N.A., as Trustee for Centex Home Equity
         Loan Trust 2006-A bkecfinbox@aldridgepite.com,   mdewitt@ecf.inforoptcy.com
        United States Trustee    ustpregion03.ha.ecf@usdoj.gov
        Vincent  Rubino    on behalf of Debtor 1 William J. Olmeda
         epotito@newmanwilliams.com;lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;bsmale@newman
         williams.com;eapotito@hotmail.com;vsmith@newmanwilliams.com
        William E. Craig    on behalf of Creditor    Credit Acceptance Corporation ecfmail@mortoncraig.com,
         mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                     TOTAL: 10

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: William J. Olmeda a/k/a William John Olmeda a/k/a William Olmeda<br>    Debtor. | CHAPTER 13<br><br>BANKRUPTCY CASE NUMBER 17-00260/JJT |
| Nationstar Mortgage LLC as servicer for The Bank of New York Mellon f/k/a The Bank of New York as successor in interest to JP Morgan Chase Bank, N.A., as Trustee for Centex Home Equity Loan Trust 2006-A<br>    Movant,<br>v.<br>William J. Olmeda a/k/a William John Olmeda a/k/a William Olmeda<br>    Debtor,<br><br>Charles J. DeHart, III, Trustee,<br>    Additional Respondent(s). | 11 U.S.C. § 362 |

**O R D E R**

AND NOW, this 24th day of October, 2017, upon consideration of the Motion to Approve Loan Modification, no objections having been filed after notice, and finding cause to grant said Motion, it is hereby ORDERED and DECREED that Debtors' Loan Modification with Nationstar Mortgage LLC as servicer for The Bank of New York Mellon f/k/a The Bank of New York as successor in interest to JP Morgan Chase Bank, N.A., as Trustee for Centex Home Equity Loan Trust 2006-A with respect to the property located at 41 Pine Street, Central Islip, NY 11722 is hereby APPROVED.

Dated: October 24, 2017

By the Court,

_____
John J. Thomas, Bankruptcy Judge
(RPR)