PROBER & RAPHAEL, A LAW CORPORATION
20750 Ventura Boulevard, Suite 100
Woodland Hills, California 91364
(818) 227-0100
(818) 227-0637 facsimile
cmartin@pralc.com
C.241-6914.NF

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re                                                    Bk. No. 5:17-bk-00260-JJT

William J. Olmeda AKA William John Olmeda,
William Olmeda,                            Chapter 13

       Debtor.
_____/

**REQUEST FOR SPECIAL NOTICE**

IT IS HEREBY REQUESTED that copies of any documents, pleadings or Orders for which claimant THE BANK OF NEW YORK MELLON, F/K/A The Bank of New York as trustee for registered Holders of CWABS, Inc., Asset-Backed Certificates, Series 2006-23, its assignees and/or successors in interest, is entitled to service or notice, with regard to the real property described as 15 Ronek Dr, Amityville, NY 11701 (Loan No. XXXX5028), and that a courtesy copy also be sent to:

**PROBER & RAPHAEL, A LAW CORPORATION
20750 Ventura Boulevard, Suite 100
Woodland Hills, California 91364**

This does not constitute a general appearance for any purpose and is not a waiver of any service requirements, under applicable law, including, but not limited to Bankruptcy Rule 7004.

Dated: December 14, 2017          By /s/ Dean R. Prober
                                            DEAN R. PROBER, ESQ., CA BAR # 106207
                                            As Agent for Claimant

PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES:

I, Roger Soria, certify that I am a resident of the County aforesaid; I am over the age of 18 years and not a party to the within action; my business address is 20750 Ventura Boulevard, Suite 100, Woodland Hills, California 91364.

On 12/15/17, I served the within REQUEST FOR SPECIAL NOTICE on all interested parties in this proceeding by placing true and correct copy thereof enclosed in a sealed envelope with postage prepaid in the United States Mail at Woodland Hills, California, addressed as follows:

William J. Olmeda
104 Cannonball Court
Lackawaxen, PA 18435
Debtor

J. Zac Christman, Esquire
Vincent Rubino
Newman, Williams
712 Monroe Street
Post Office Box 511
Stroudsburg, PA 18360
Attorney for Debtor

Charles J. DeHart, III
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Chapter 13 Trustee

I declare that I am employed in the office of a member of the Bar at whose direction this service was made.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on 12/15/17, at Woodland Hills, California.

/s/ Roger Soria

2

Case 5:17-bk-00260-JJT    Doc 65    Filed 12/15/17    Entered 12/15/17 19:43:58    Desc
Main Document    Page 2 of 2