```
                            United States Bankruptcy Court
                            Middle District of Pennsylvania
In re:                                                          Case No. 17-00260-JJT
William J. Olmeda                                               Chapter 13
        Debtor                  CERTIFICATE OF NOTICE
District/off: 0314-5         User: AGarner          Page 1 of 1          Date Rcvd: Jan 08, 2018
                             Form ID: trc           Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 10, 2018.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
 4929275        E-mail/Text: bankruptcy.bnc@ditech.com Jan 08 2018 18:52:45
                 The Bank of New York Mellon FKA The Bank Of New Yo,   c/o Ditech Financial LLC,   PO Box 6154,
                 Rapid City, SD 57709-6154
                                                                                              TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
 NONE.                                                                                        TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 10, 2018                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 8, 2018 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              J. Zac Christman   on behalf of Debtor 1 William J. Olmeda jchristman@newmanwilliams.com,
               mdaniels@newmanwilliams.com;epotito@newmanwilliams.com;vsmith@newmanwilliams.com
              James    Warmbrodt    on behalf of Creditor   PNC BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
              James    Warmbrodt    on behalf of Creditor   THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
               AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS, INC. ASSET-BACKED CERTIFICATES SERIES
               2006-23 bkgroup@kmllawgroup.com
              Kevin S Frankel    on behalf of Creditor    Nationstar Mortgage LLC as servicer for The Bank of New
               York Mellon f/k/a The Bank of New York as successor in interest to JP Morgan Chase Bank, N.A.,
               as Trustee for Centex Home Equity Loan Trust 2006 pa-bk@logs.com
              Kristen D Little    on behalf of Creditor    Nationstar Mortgage LLC as servicer for The Bank of
               New York Mellon f/k/a The Bank of New York as successor in interest to JP Morgan Chase Bank,
               N.A., as Trustee for Centex Home Equity Loan Trust 2006 pabk@logs.com
              Michele A De Witt    on behalf of Creditor   THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW
               YORK as successor in interest to JP Morgan Chase Bank, N.A., as Trustee for Centex Home Equity
               Loan Trust 2006-A bkecfinbox@aldridgepite.com, mdewitt@ecf.inforoptcy.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              Vincent  Rubino    on behalf of Debtor 1 William J. Olmeda
               epotito@newmanwilliams.com;lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;bsmale@newman
               williams.com;eapotito@hotmail.com;vsmith@newmanwilliams.com
              William E. Craig    on behalf of Creditor    Credit Acceptance Corporation ecfmail@mortoncraig.com,
               mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                              TOTAL: 10

2100 B (12/15)

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 5:17-bk-00260-JJT
Chapter 13

In re: Debtor(s) (including Name and Address)

William J. Olmeda
104 Cannonball Court
Lackawaxen PA 18435

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 01/08/2018.

Name and Address of Alleged Transferor(s):

Claim No. 8: The Bank of New York Mellon FKA The Bank Of New Yo, c/o Ditech Financial LLC, PO Box 6154, Rapid City, SD 57709-6154

Name and Address of Transferee:

The Bank Of New York Mellon, et al
c/o Carrington Mortgage Services, LLC
1600 South Douglas Road
Anaheim, CA 92806
The Bank Of New York Mellon, et al
c/o Carrington Mortgage Services, LLC

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 01/10/18

Terrence S. Miller
**CLERK OF THE COURT**