IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: William J. Olmeda a/k/a William John Olmeda a/k/a William Olmeda,<br>  Debtor.<br>_____<br>Nationstar Mortgage LLC as servicer for The Bank of New York Mellon f/k/a The Bank of New York as successor in interest to JP Morgan Chase Bank, N.A., as Trustee for Centex Home Equity Loan Trust 2006-A,<br>  Movant,<br>v.<br>William J. Olmeda a/k/a William John Olmeda a/k/a William Olmeda,<br>  Debtor,<br><br>Charles J. DeHart, III, Trustee,<br> Additional Respondent. | CHAPTER 13<br><br>BANKRUPTCY CASE NUMBER 17-00260/JJT<br><br>11 U.S.C. § 362 |

**CERTIFICATE OF NON-CONCURRENCE**

 I hereby certify that on February 13, 2018, our office contacted counsel for the Debtor and the Trustee and we have not received concurrence from both parties.

                Respectfully submitted,


Dated: 2/23/18              BY:/s/Leslie J. Rase
                     Leslie J. Rase, Esquire
                     Shapiro & DeNardo, LLC
                     3600 Horizon Drive, Suite 150
                     King of Prussia, PA 19406
                     (610)278-6800/ fax (847) 954-4809
S&D File #:17-055733            PA BAR ID #58365
                     pabk@logs.com