```
                           United States Bankruptcy Court
                           Middle District of Pennsylvania
```

In re:                                                          Case No. 17-00260-JJT
William J. Olmeda                                               Chapter 13
        Debtor                      **CERTIFICATE OF NOTICE**

District/off: 0314-5          User: AGarner              Page 1 of 1              Date Rcvd: May 30, 2018
                              Form ID: pdf010            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 01, 2018.
db            William J. Olmeda,    104 Cannonball Court,    Lackawaxen, PA 18435

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 01, 2018                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 30, 2018 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              J. Zac Christman    on behalf of Debtor 1 William J. Olmeda jchristman@newmanwilliams.com,
               mdaniels@newmanwilliams.com;epotito@newmanwilliams.com;lbeaton@newmanwilliams.com
              James Warmbrodt    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
               AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS, INC. ASSET-BACKED CERTIFICATES SERIES
               2006-23 bkgroup@kmllawgroup.com
              James Warmbrodt    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
              Kevin S Frankel    on behalf of Creditor    Nationstar Mortgage LLC as servicer for The Bank of New
               York Mellon f/k/a The Bank of New York as successor in interest to JP Morgan Chase Bank, N.A.,
               as Trustee for Centex Home Equity Loan Trust 2006 pa-bk@logs.com
              Kristen D Little    on behalf of Creditor    Nationstar Mortgage LLC as servicer for The Bank of
               New York Mellon f/k/a The Bank of New York as successor in interest to JP Morgan Chase Bank,
               N.A., as Trustee for Centex Home Equity Loan Trust 2006 pabk@logs.com
              Leslie J Rase    on behalf of Creditor    Nationstar Mortgage LLC as servicer for The Bank of New
               York Mellon f/k/a The Bank of New York as successor in interest to JP Morgan Chase Bank, N.A.,
               as Trustee for Centex Home Equity Loan Trust 2006 pabk@logs.com, lerase@logs.com
              Michele A De Witt    on behalf of Creditor    THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW
               YORK as successor in interest to JP Morgan Chase Bank, N.A., as Trustee for Centex Home Equity
               Loan Trust 2006-A bkecfinbox@aldridgepite.com,  mdewitt@ecf.inforoptcy.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              Vincent Rubino    on behalf of Debtor 1 William J. Olmeda
               epotito@newmanwilliams.com;lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;bsmale@newman
               williams.com;eapotito@hotmail.com;lbeaton@newmanwilliams.com
              William E. Craig    on behalf of Creditor    Credit Acceptance Corporation ecfmail@mortoncraig.com,
               mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                             TOTAL: 11

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: **WILLIAM J. OLMEDA,** aka | : | **Chapter 13** |
| William John Olmeda, aka | : | Case No. **5:17-bk-00260** |
| William Olmeda, | : | |
| Debtor**,** | : | |

## ORDER GRANTING
## SECOND MOTION TO MODIFY CONFIRMED PLAN

AND NOW, upon consideration of Debtor's Second Motion to Modify Confirmed Plan, Debtor's Third Amended Chapter 13 Plan, and after Notice to all creditors and parties in interest, it is hereby **ORDERED** that the Debtor's Second Motion to Modify Confirmed Plan is GRANTED.

It is further **ORDERED** that the amendments in the Third Amended Chapter 13 Plan filed in conjunction with Debtor's Second Motion to Modify Confirmed Plan are hereby APPROVED.

Dated: May 30, 2018

By the Court,

_____
John J. Thomas, Bankruptcy Judge (RPR)