```
                        United States Bankruptcy Court
                         Middle District of Pennsylvania
```

In re:                                                              Case No. 17-00260-JJT
William J. Olmeda                                                   Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5         User: karendavi          Page 1 of 1              Date Rcvd: Jun 12, 2018
                             Form ID: pdf010          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 14, 2018.
          +New York City Health & Hospitals,    Attn: Payroll Department,    160 Water Street,
            New York, NY 10038-5037

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 14, 2018                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 12, 2018 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              J. Zac Christman    on behalf of Debtor 1 William J. Olmeda  jchristman@newmanwilliams.com,
               mdaniels@newmanwilliams.com;epotito@newmanwilliams.com;lbeaton@newmanwilliams.com
              James Warmbrodt    on behalf of Creditor   THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
               AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS, INC. ASSET-BACKED CERTIFICATES SERIES
               2006-23 bkgroup@kmllawgroup.com
              James Warmbrodt    on behalf of Creditor   PNC BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
              Kevin S Frankel    on behalf of Creditor   Nationstar Mortgage LLC as servicer for The Bank of New
               York Mellon f/k/a The Bank of New York as successor in interest to JP Morgan Chase Bank, N.A.,
               as Trustee for Centex Home Equity Loan Trust 2006 pa-bk@logs.com
              Kristen D Little    on behalf of Creditor   Nationstar Mortgage LLC as servicer for The Bank of
               New York Mellon f/k/a The Bank of New York as successor in interest to JP Morgan Chase Bank,
               N.A., as Trustee for Centex Home Equity Loan Trust 2006 pabk@logs.com
              Leslie J Rase    on behalf of Creditor   Nationstar Mortgage LLC as servicer for The Bank of New
               York Mellon f/k/a The Bank of New York as successor in interest to JP Morgan Chase Bank, N.A.,
               as Trustee for Centex Home Equity Loan Trust 2006 pabk@logs.com, lerase@logs.com
              Michele A De Witt    on behalf of Creditor   THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW
               YORK as successor in interest to JP Morgan Chase Bank, N.A., as Trustee for Centex Home Equity
               Loan Trust 2006-A bkecfinbox@aldridgepite.com, mdewitt@ecf.inforoptcy.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              Vincent Rubino    on behalf of Debtor 1 William J. Olmeda
               epotito@newmanwilliams.com;lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;bsmale@newman
               williams.com;eapotito@hotmail.com;lbeaton@newmanwilliams.com
              William E. Craig    on behalf of Creditor   Credit Acceptance Corporation ecfmail@mortoncraig.com,
               mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                             TOTAL: 11

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 13
WILLIAM J. OLMEDA, :
aka WILLIAM JOHN OLMEDA, : CASE NO. 5:17-bk-00260-JJT
aka WILLIAM OLMEDA, :
        Debtor :

## **AMENDED ORDER**

Upon consideration of the above-named Debtor, **William J. Olmeda**, having filed a Petition under Chapter 13 of the Bankruptcy Code and having submitted all future disposable income to the jurisdiction of this Court;

IT IS THEREFORE ORDERED that until further Order of this Court, including an Order dismissing this case, closing this case, or converting it to a case under Chapter 7 of the Bankruptcy Code, the employer/entity from whom the Debtor, **William J. Olmeda**, receives income:

    **New York City Health & Hospitals**
    **Attention: Payroll Department**
    **160 Water Street**
    **New York, NY 10038**

    **Social Security #xxx-xx-1565**

shall deduct from the income of **William J. Olmeda**, **$565.00 from each bi-weekly paycheck**, **beginning on the next pay day following the receipt of this Order,** including any period from which the Debtor receives a periodic or lump sum payment as a result of vacation, termination, or any benefits payable to the above Debtor, and to remit the deducted sums to:

    CHARLES J. DEHART, III, ESQUIRE
    STANDING CHAPTER 13 TRUSTEE
    PO BOX 7005
    LANCASTER, PA 17604

IT IS FURTHER ORDERED that the employer/entity from whom the Debtor receives income shall change the amount of the monthly remittance to the Trustee in the future, if the employer/entity from whom the Debtor receives income is directed to do so in writing, either by the Trustee or by the Debtor's counsel and to continue the wage deduction until the employer/entity from whom the Debtor receives income is directed in writing to discontinue the deduction, either by the Trustee or by Debtor's counsel.

IT IS FURTHER ORDERED that the employer/entity from whom the Debtor receives income shall notify the Trustee if the Debtor's income is terminated, and shall advise the Trustee of the reason for such termination.

IT IS FURTHER ORDERED that all remaining income of the Debtor, except the amounts required to be withheld for all requisite withholding taxes and other appropriate deductions, be paid to the Debtor in accordance with usual payment procedure.

IT IS FURTHER ORDERED that the employer/entity will place the case number (found at the top of this Order) on all checks being forwarded to the Trustee to ensure proper accounting of the funds.

IT IS FURTHER ORDERED that this Order supersedes previous orders made to the subject employer/entity in this case, if any.

Dated: June 12, 2018

By the Court,

_____
John J. Thomas, Bankruptcy Judge (RPR)