IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| WILLIAM J. OLMEDA, | : | |
| a/k/a WILLIAM JOHN OLMEDA, | : | CASE NO. 5:17-bk-00260 |
| a/k/a WILLIAM OLMEDA, | : | |
| | : | |
| Debtors | : | |

### PRAECIPE TO WITHDRAW FIRST AMENDED PLAN

TO THE CLERK:

Kindly withdraw the Fourth Amended Plan, Docket #107, filed on September 10, 2019.

**DATED**: October 3, 2019

                                                 /s/ Vincent Rubino
                                                Vincent Rubino, Esq.
                                                Attorney ID #49628
                                                Attorney for Debtor