UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| WILLIAM J. OLMEDA, | : | |
| a/k/a WILLIAM JOHN OLMEDA, | : | CASE NO. 5:17-bk-00260 |
| a/k/a WILLIAM OLMEDA, | : | |
| | : | |
| Debtors | : | |

## CERTIFICATE OF CONCURRENCE

I hereby certify that on October 15, 2019, my office contacted and have obtained concurrence from Trustee DeHart and the attorney for PNC Bank, James Warmbrodt, to the Withdrawal of the Motion to Amend Plan and the Withdrawal of the Fourth Amended Plan.

DATED: October 15, 2019        NEWMAN, WILLIAMS, MISHKIN,
                               CORVELEYN, WOLFE & FARERI, P.C.


                               By: /s/ Vincent Rubino
                               Vincent Rubino
                               Attorney ID # 49628
                               712 Monroe Street
                               P.O. Box 511
                               Stroudsburg, PA  18360-0511
                               vrubino@newmanwilliams.com