UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: WILLIAM J. OLMEDA
AKA: WILLIAM OLMEDA, WILLIAM JOHN
OLMEDA   CHAPTER 13

Debtor(s)

CASE NO: 5-17-00260-MJC

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
   Movant
vs.

WILLIAM J. OLMEDA
AKA: WILLIAM OLMEDA, WILLIAM JOHN
OLMEDA

Respondent(s)

**TRUSTEE'S MOTION TO DISMISS CASE**

AND NOW, comes Jack N. Zaharopoulos, Esquire, Standing Chapter 13 Trustee, through his attorney Agatha R. McHale, Esquire and brings this Motion to Dismiss Case, a statement of which follows:

1. Debtor(s) filed the above case on January 26, 2017.

2. The plan obligates Debtor(s) to make monthly payments to the Trustee.

3. The Trustee filed Motions to Dismiss Case for Material Default due to non-payment of these monthly payments on the following dates - 06/07/2017.

4. Debtor(s) cured each of these defaults prior to the scheduled hearing and therefore avoided entering into a stipulation to maintain timely payments.

5. Debtor(s) is currently 2 months in default with arrearages of $758.00 through January 12, 2022.

6. The non-payment of Debtor's plan obligation is

    a. a material default with respect to the confirmed plan; and

    b. an unreasonable delay by Debtor that is prejudicial to creditors.

7. Dismissal of the case is in the best interest of the creditors and the estate.

8. Notice of hearing and other instructions are included with this Motion.

WHEREFORE, the Standing Chapter 13 Trustee requests this Court to dismiss the above case.

Dated: January 12, 2022	Respectfully submitted,

/s/ Agatha R. McHale, Esquire
ID: 47613
Attorney for Movant
Jack N. Zaharopoulos
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Phone: (717) 566-6097
Fax: (717) 566-8313
eMail: amchale@pamd13trustee.com

# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: WILLIAM J. OLMEDA<br>AKA: WILLIAM OLMEDA, WILLIAM JOHN OLMEDA<br>　　　　　Debtor(s) | CHAPTER 13<br>CASE NO: 5-17-00260-MJC |
| JACK N. ZAHAROPOULOS<br>CHAPTER 13 TRUSTEE<br>　　　　　Movant<br>vs.<br>WILLIAM J. OLMEDA<br>AKA: WILLIAM OLMEDA, WILLIAM JOHN OLMEDA<br>　　　　　Respondent(s) | MOTION TO DISMISS |

## NOTICE

NOTICE IS HEREBY GIVEN THAT Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania has filed a Motion to Dismiss for failure to make timely payments pursuant to your Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a HEARING with the Court has been scheduled on this motion. Any matters not resolved shall be heard at the dismissal hearing.

> February 15, 2022 at 09:30 AM
> U.S. Bankruptcy Court
> Max Rosenn U.S. Courthouse
> 197 S. Main Street
> Wilkes Barre, PA

YOU ARE FURTHER NOTICED that you MUST attend the dismissal hearing unless one of the following takes place.

1. You have entered into a valid stipulation with Trustee Zaharopoulos and that stipulation has been filed with the U.S. Bankruptcy Court.

2. You have filed a voluntary conversion to Chapter 7 or a voluntary case dismissal with the U.S. Bankruptcy Court and have served a copy of that motion upon Trustee Zaharopoulos.

**FAILURE TO COMPLY WITH THE ABOVE WILL RESULT IN YOUR CHAPTER 13 CASE BEING CALLED FOR DISMISSAL HEARING WITH THE COURT ON THE DATE AND TIME AS SPECIFIED IN THIS NOTICE. THIS MAY RESULT IN DISMISSAL OF YOUR CASE.**

Dated:　　<u>January 12, 2022</u>　　　　　　　　　　Jack N. Zaharopoulos, Trustee
　　　　　　　　　　　　　　　　　　　　　　　　　8125 Adams Drive, Suite A
　　　　　　　　　　　　　　　　　　　　　　　　　Hummelstown, PA 17036
　　　　　　　　　　　　　　　　　　　　　　　　　Phone: (717) 566-6097
　　　　　　　　　　　　　　　　　　　　　　　　　Fax: (717) 566-8313
　　　　　　　　　　　　　　　　　　　　　　　　　eMail: info@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: WILLIAM J. OLMEDA
AKA: WILLIAM OLMEDA, WILLIAM JOHN
OLMEDA

CHAPTER 13

Debtor(s)

CASE NO: 5-17-00260-MJC

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
Movant

MOTION TO DISMISS

vs.

WILLIAM J. OLMEDA
AKA: WILLIAM OLMEDA, WILLIAM JOHN
OLMEDA

Respondent(s)

**CERTIFICATE OF SERVICE**

I certify that I am more than 18 years of age and that on January 12, 2022, I served a copy of this Motion to Dismiss, Notice and Proposed Order on the following parties by 1st Class mail from Hummelstown, PA, unless served electronically.

| | |
|---|---|
| VINCENT RUBINO, ESQUIRE<br>712 MONROE STREET<br>P.O. BOX 511<br>STROUDSBURG, PA 18360-0511 | Served electronically |
| WILLIAM J. OLMEDA<br>41 PINE STREET<br>CENTRAL ISLIP, NY 11722- | Served by 1st Class Mail |
| United States Trustee<br>228 Walnut Street<br>Suite 1190<br>Harrisburg, PA 17101 | Served electronically |

I certify under penalty of perjury that the foregoing is true and correct.

Date: January 12, 2022

Matt Arcuri
for Jack N. Zaharopoulos, Trustee
Suite A, 8125 Adams Dr.
Hummelstown, PA 17036
Phone: (717) 566-6097

eMail: info@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:   WILLIAM J. OLMEDA
         AKA: WILLIAM OLMEDA, WILLIAM JOHN
         OLMEDA                                               CHAPTER 13

                  Debtor(s)
                                                              CASE NO: 5-17-00260-MJC
         JACK N. ZAHAROPOULOS
         CHAPTER 13 TRUSTEE
                  Movant                                      MOTION TO DISMISS

         vs.

         WILLIAM J. OLMEDA
         AKA: WILLIAM OLMEDA, WILLIAM JOHN
         OLMEDA

                  Respondent(s)

## ORDER DISMSSING CASE

Upon consideration of the Trustee's Motion to Dismiss, it is hereby Ordered that the above-captioned bankruptcy be and hereby is dismissed. The Court retains jurisdiction to rule on any timely filed fee application.