UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: WILLIAM J. OLMEDA
AKA: WILLIAM OLMEDA, WILLIAM
JOHN OLMEDA

      Debtor(s)      CHAPTER 13

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
      Movant

vs.

WILLIAM J. OLMEDA      CASE NO: 5-17-00260-MJC
AKA: WILLIAM OLMEDA, WILLIAM
JOHN OLMEDA

      Respondent(s)

## WITHDRAWAL OF MOTION TO DISMISS CASE

    Jack N. Zaharopoulos, Standing Chapter 13 Trustee, hereby requests that the Motion filed on 01/12/2022 be withdrawn due to having been filed in error or filed having used incorrect docketing procedure or incorrect information.

RESPECTFULLY SUBMITTED,
s/ Matt Arcuri
for Jack N. Zaharopoulos, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Phone: (717) 566-6097

Dated: January 13, 2022

# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: WILLIAM J. OLMEDA
AKA: WILLIAM OLMEDA,
WILLIAM JOHN OLMEDA

    Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
    Movant

WILLIAM J. OLMEDA
AKA: WILLIAM OLMEDA, WILLIAM JOHN OLMEDA

    Respondent(s)

CHAPTER 13

CASE NO: 5-17-00260-MJC

## CERTIFICATE OF SERVICE

I hereby certify that the Debtor and his/her counsel, have been served a copy of this Withdrawal by First Class Mail from Hummelstown, PA, unless served electronically, at the below address on January 13, 2022.

VINCENT RUBINO, ESQUIRE
712 MONROE STREET
P.O. BOX 511
STROUDSBURG, PA 18360-0511

WILLIAM J. OLMEDA
41 PINE STREET
CENTRAL ISLIP, NY 11722-

RESPECTFULLY SUBMITTED,

s/ Matt Arcuri
for Jack N. Zaharopoulos, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Phone: (717) 566-6097

Dated: January 13, 2022