

P. O. Box 511
712 Monroe Street
Stroudsburg, PA 18360
570.421.9090

www.newmanwilliams.com

March 17, 2023

Clerk
U.S. Bankruptcy Court
247 Max Rosenn U.S. Courthouse
197 South Main Street
Wilkes-Barre, PA 18701

> RE: *William Olmeda*
> *Case No. 5:17−bk−00260*

Dear Clerk:

    We have been informed by our client, William Olmeda, that he has a new address, as follows:

> 317 Seville North
> DelRay Beach, FL 33446

    Please correct the docket and mailing matrix accordingly. Thank you.

> Very truly yours,
>
> */s/ Vincent Rubino*
>
> Vincent Rubino