In re:  Case No. 17-00260-MJC
William J. Olmeda  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: AutoDocke      Page 1 of 3
Date Rcvd: May 26, 2023      Form ID: 3180W      Total Noticed: 34

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 28, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | William J. Olmeda, 317 Seville North, DelRay Beach, FL 33446-2157 |
| cr | + | Ditech Financial LLC, PO BOX 0049, Palatine, IL 60078 |
| cr | + | THE BANK OF NEW YORK MELLON, 14841 Dallas Parkway, Suite 300, Dallas, TX 75254-7883 |
| 4876547 | + | BANK OF NEW YORK MELLON, C/O ROSICKI ROSICKI & ASSOC, FISHKILL OFF. 2 SUMMIT CT STE 301, FISHKILL, NY 12524-4318 |
| 4876549 | + | CREDIT ACCEPTANCE, PO BOX 523, SOUTHFIELD, MI 48037-0523 |
| 4876551 | | DITECH FINANCIAL LLC, PO BOX 6172, RAPID CITY, SD 57709-6172 |
| 4876553 | | IRENE OLMEDA, 104 CANNONBALL COURT, LACKAWAXEN, PA 18435 |
| 4876554 | + | IRENES OLMEDA, 41 PINE STREET, CENTRAL ISLIP, NY 11722-4151 |
| 4876558 | + | PIKE COUNTY ADVANCED LIFE SUPP, PO BOX 384, DINGMANS FERRY, PA 18328-0384 |
| 4876561 | + | PROFESSIONAL EMERG CARE, 601 PARK STREET, HONESDALE, PA 18431-1445 |
| 4929275 | | The Bank of New York Mellon FKA The Bank Of New Yo, c/o Ditech Financial LLC, PO Box 6154, Rapid City, SD 57709-6154 |
| 4876563 | | WAYNE MEMORIAL COMMUNITY, HEALTH CENTERS, 601 PARK STREET, HONESDALE, PA 18431-1445 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: ebnnotifications@creditacceptance.com | May 26 2023 18:53:00 | Credit Acceptance Corporation, 25505 West 12 Mile Road, Southfield, MI 48034 |
| cr | + | Email/Text: BKMailings@NBSDefaultServices.com | May 26 2023 18:53:00 | Nationstar Mortgage LLC, 14841 Dallas Parkway, Suite 425, Dallas, TX 75254-8067 |
| cr | + | Email/Text: nsm_bk_notices@mrcooper.com | May 26 2023 18:53:00 | Nationstar Mortgage LLC as servicer for The Bank o, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| cr | + | Email/Text: BKBCNMAIL@carringtonms.com | May 26 2023 18:53:00 | The Bank of New York Mellon, et al, c/o Carrington Mortgage Services, LLC, 1600 South Doudlass Road, Anaheim, CA 92806-5948 |
| cr | + | Email/Text: BKBCNMAIL@carringtonms.com | May 26 2023 18:53:00 | The Bank of New York Mellon, et al, c/o Prober & Raphael, A Law Corporation, 20750 Ventura Boulevard, Suite 100, Woodland Hills, CA 91364-6207 |
| 4908062 | | EDI: AIS.COM | May 26 2023 22:53:00 | American InfoSource LP as agent for, Verizon, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 4876548 | + | EDI: CAPITALONE.COM | May 26 2023 22:53:00 | CAPITAL ONE BANK, PO BOX 30281, SALT LAKE CITY, UT 84130-0281 |
| 4918974 | + | Email/Text: bankruptcy@cavps.com | May 26 2023 18:53:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 4876836 | + | Email/Text: ebnnotifications@creditacceptance.com | May 26 2023 18:53:00 | Credit Acceptance, 25505 West Twelve Mile Rd, Suite 3000, Southfield MI 48034-8331 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 4876550 | | EDI: DISCOVER.COM | May 26 2023 22:53:00 | DISCOVER FINANCIAL SERVICES, PO BOX 15316, WILMINGTON, DE 19850 |
| 4879104 | | EDI: DISCOVER.COM | May 26 2023 22:53:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 4876552 | | EDI: RMSC.COM | May 26 2023 22:53:00 | GE CAPITAL RETAIL BANK, PO BOX 965036, ORLANDO, FL 32896-5036 |
| 4876555 | | EDI: IRS.COM | May 26 2023 22:53:00 | IRS, CENTRALIZED INSOLVENCY OP, PO BOX 7346, PHILADELPHIA, PA 19101-7346 |
| 4876556 | ^ | MEBN | May 26 2023 18:51:04 | KML LAW GROUP, STE 5000-BNY INDEPEN CTR, 701 MARKET STREET, PHILADELPHIA, PA 19106-1541 |
| 4876557 | | Email/Text: nsm_bk_notices@mrcooper.com | May 26 2023 18:53:00 | NATIONSTAR MORTGAGE, 350 HIGHLAND DRIVE, LEWISVILLE, TX 75067 |
| 4880823 | + | Email/Text: ecfbnc@aldridgepite.com | May 26 2023 18:53:00 | Nationstar Mortgage LLC, C/O ALDRIDGE PITE, LLP, 4375 Jutland Drive, Suite 200, P.O. Box 17933, San Diego, CA 92177-7921 |
| 4876559 | | Email/Text: Bankruptcy.Notices@pnc.com | May 26 2023 18:53:00 | PNC BANK, NA, 3232 NEWMARK DRIVE, MIAMISBURG, OH 45342 |
| 4876560 | | Email/Text: Bankruptcy.Notices@pnc.com | May 26 2023 18:53:00 | PNC MORTGAGE, ATTN B6-XM07-01-5, PO BOX 1820, DAYTON, OH 45401-1820 |
| 4885979 | + | Email/Text: nsm_bk_notices@mrcooper.com | May 26 2023 18:53:00 | THE BANK OF NEW YORK MELLON, Nationstar Mortgage LLC, PO Box 619096, Dallas, TX 75261-9096 |
| 5008964 | + | Email/Text: BKBCNMAIL@carringtonms.com | May 26 2023 18:53:00 | The Bank Of New York Mellon, et al, c/o Carrington Mortgage Services, LLC, 1600 South Douglas Road, Anaheim, CA 92806, The Bank Of New York Mellon, et al, c/o Carrington Mortgage Services, LLC 92806-5948 |
| 5008963 | + | Email/Text: BKBCNMAIL@carringtonms.com | May 26 2023 18:53:00 | The Bank Of New York Mellon, et al, c/o Carrington Mortgage Services, LLC, 1600 South Douglas Road, Anaheim, CA 92806-5948 |
| 5003066 | + | Email/Text: BKBCNMAIL@carringtonms.com | May 26 2023 18:53:00 | The Bank of New York Mellon, et al, c/o PROBER & RAPHAEL, A LAW CORPORATION, 20750 Ventura Boulevard, Suite 100, Woodland Hills, California 91364-6207 |

TOTAL: 22

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Nationstar Mortgage LLC |
| 4876562 | | TDA 403 B LOAN, NEED ADDRESS |
| 4928897 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, NA, 3232 Newmark Drive, Miamisburg, OH 45342 |

TOTAL: 2 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the

complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 28, 2023     Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 26, 2023 at the address(es) listed below:

**Name**    **Email Address**

Jack N Zaharopoulos
TWecf@pamd13trustee.com

James Warmbrodt
on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS, INC. ASSET-BACKED CERTIFICATES SERIES 2006-23 bkgroup@kmllawgroup.com

James Warmbrodt
on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com

Kevin S Frankel
on behalf of Creditor Nationstar Mortgage LLC as servicer for The Bank of New York Mellon f/k/a The Bank of New York as successor in interest to JP Morgan Chase Bank N.A., as Trustee for Centex Home Equity Loan Trust 2006 pa-bk@logs.com

Kristen D Little
on behalf of Creditor Nationstar Mortgage LLC as servicer for The Bank of New York Mellon f/k/a The Bank of New York as successor in interest to JP Morgan Chase Bank N.A., as Trustee for Centex Home Equity Loan Trust 2006 kdlittleecf@gmail.com

Leslie J Rase
on behalf of Creditor Nationstar Mortgage LLC as servicer for The Bank of New York Mellon f/k/a The Bank of New York as successor in interest to JP Morgan Chase Bank N.A., as Trustee for Centex Home Equity Loan Trust 2006 pabk@logs.com

Michele A De Witt
on behalf of Creditor THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK as successor in interest to JP Morgan Chase Bank N.A., as Trustee for Centex Home Equity Loan Trust 2006-A bkecfinbox@aldridgepite.com, mdewitt@ecf.inforoptcy.com

Robert J Kidwell, III
on behalf of Debtor 1 William J. Olmeda rjkidwell3rd@gmail.com;mdaniels@newmanwilliams.com

United States Trustee
ustpregion03.ha.ecf@usdoj.gov

Vincent Rubino
on behalf of Debtor 1 William J. Olmeda lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;rkidwell@newmanwilliams.com;swiggins@newmanwilliams.com

William E. Craig
on behalf of Creditor Credit Acceptance Corporation ecfmail@mortoncraig.com mortoncraigecf@gmail.com

TOTAL: 11

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | William J. Olmeda<br>First Name   Middle Name   Last Name | Social Security number or ITIN  xxx–xx–1565<br>EIN  __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  ____<br>EIN  __–_____ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 5:17-bk-00260-MJC | |

# Order of Discharge 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

William J. Olmeda
aka William John Olmeda, aka William Olmeda

5/26/23

**By the court:**

Mark J. Conway, United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

Form 3180W **Chapter 13 Discharge** page 1

- ♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- ♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- ♦ some debts which the debtors did not properly list;

- ♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- ♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- ♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- ♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**